WHITE DEER TOWNSHIP,
Respondent

v.

Charles NAPP, Helen Napp, Leonard Caris, Doris Caris, Charlotte Hartranft, And Donald Bird, Petitioners.

Supreme Court of Pennsylvania.

April 22, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of April, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioners, are:

(1) Whether a Second Class Township can provide post-retirement medical insurance, supplementing Medicare, to Township Supervisors who are also employees, who have been employed by the Township for a minimum of twenty years?

(2) Whether the Commonwealth Court erred in finding that the Township's complaint was not time-barred?

TRIBUNE–REVIEW PUBLISHING COMPANY, A Pennsylvania Corporation, and Andrew Conte, an Individual, Petitioners

v.

Leonard BODACK, In his Official Capacity as Member of Pittsburgh City Council, Barbara Burns, In her Official Capacity as Member of Pittsburgh City Council, and The City of Pittsburgh, a Municipal Corporation, Respondents.

Supreme Court of Pennsylvania.

April 22, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of April, 2008, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, as stated by petitioners, are:

1. Are itemized cellular telephone bills of an agency open for public inspection under the Right to Know Act?

2. Do the personal security and privacy exceptions in the Right to Know Act create legal defenses to access that need not be supported with substantial evidence?